IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYCLONAIRE HOLDING CORP., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DONALD E. BAKER, et al.,<br><br>Defendants. | 4:16CV467<br><br>ORDER |

IT IS ORDERED that paragraphs 9 & 11 of the Final Progression Order filed June 23, 2017 (Filing no. 63) are amended as follows:

9) The deposition deadline is July 31, 2018.

11) The deadline for filing motions to exclude testimony on Daubert and related grounds is September 4, 2018.

Dated this 26th day of June, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge