IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYCLONAIRE HOLDING CORP., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DONALD E. BAKER, As Sellers' Representative; et. al,<br><br>Defendants. | **4:16CV467**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' stipulation, (Filing No. 72), is granted.

2) Defendant Quick's motion for leave to file an amended answer and partial motion to dismiss (Filing No. 71) is granted as follows:

   a. Plaintiff's claims against Defendant Quick for fraudulent and negligent misrepresentations, conspiracy, and aiding and abetting fraud ("Claims 9-12"), are dismissed without prejudice to Plaintiff moving to amend its complaint if discovery reveals that Defendant Quick participated in alleged fraud.

   b. Defendant Quick's amended answer shall be filed on or before August 30, 2017.

August 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge