IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYCLONAIRE HOLDING CORP., a Delaware Corporation; | 4:16CV467 |
| Plaintiff, | |
| vs. | ORDER |
| DONALD E. BAKER, As Sellers' Representative; GLENDA BAKER, BRUCE A. HOCKING, As Sellers' Representative; PATRICIA SALTZMAN, JERRY L. ELFRING, CHESTER KLIEWER, DERYL L. KLIEWER, JOHN MEOLA, MERLIN C. MOHNIKE, JOSEPH B. MORRIS, ROGER L. QUAINTANCE, RYAN R. QUICK, ROBERT D. RANDALL, SCOTT SCHMID, and FRED WEUERTELE, | |
| Defendants. | |

IT IS ORDERED that the motion to withdraw filed by Thomas E. Johnson, as counsel of record for Plaintiff, (Filing No. 88), is granted.

Dated this 13th day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge