IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYCLONAIRE HOLDING CORP., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DONALD E. BAKER, As Sellers' Representative; GLENDA BAKER, BRUCE A. HOCKING, As Sellers' Representative; PATRICIA SALTZMAN, JERRY L. ELFRING, CHESTER KLIEWER, DERYL L. KLIEWER, JOHN MEOLA, MERLIN C. MOHNIKE, JOSEPH B. MORRIS, ROGER L. QUAINTANCE, RYAN R. QUICK, ROBERT D. RANDALL, SCOTT SCHMID, and FRED WEUERTELE,<br><br>Defendants. | **4:16CV467**<br><br>**ORDER** |

The parties have resolved their case. Accordingly,

IT IS ORDERED that:

(1)  Within forty-five (45) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) The clerk shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 21st day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge